## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| STELLA BENSON., | ) |
| Plaintiff, | ) ) ) |
| v. | )   No.  4:20-CV-561-JAR |
| SUNBEAM PRODUCTS, INC., | ) ) ) |
| Defendant. | ) |

## ORDER OF REMAND

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that this case is **REMANDED** to the 22nd Judicial Circuit Court of the City of St. Louis, Judge Rex Burlison, from which it was removed.

Dated this 24th day of June, 2020.

*/s/ John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**